UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PEDRO RODRIGUEZ,

                    **Plaintiff,**

   - v -                                          Civ. No. 9:09-CV-1336 (TJM/RFT)

DR. THOMPSON, NYDOC Employee;
KAREN BELLAMY, NYCOD Employee;
SUPERINTENDENT, Great Meadow
Corr. Facility,

                    **Defendants**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# DECISION & ORDER

## I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated January 3, 2011 have been filed, and the time to do so, including extensions, has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

## II. CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the

1

reasons stated therein.  Therefore, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 20) is **GRANTED** and the Complaint is **DISMISSED**.

**IT IS SO ORDERED**

DATED:  March 30, 2011

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge